**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

IN RE:                                                                                            CASE NO.: 18-18673-RG
                                                                                                          CHAPTER 13

Herney Solorzano ,

  Debtor.
_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of MTGLQ INVESTORS, L.P. ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

> RAS Crane, LLC
> Authorized Agent for Secured Creditor
> 10700 Abbott's Bridge Road, Suite 170
> Duluth, GA 30097
> Telephone: 470-321-7112
> Facsimile: 404-393-1425
> By: /s/Laura Egerman
> Laura Egerman, Esquire
> Email: legerman@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 5, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAW OFFICE OF HARVEY I. MARCUS
250 PEHLE AVE.
SUITE 200
SADDLE BROOK, NJ  07663

HERNEY SOLORZANO
2040 BALMOORAL AVE
UNION, NJ  07083

MARIE-ANN GREENBERG
30 TWO BRIDGES RD
FAIRFIELD, NJ  07004

U.S. TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ  07102

 

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Laura Egerman
Laura Egerman, Esquire
Email: legerman@rasnj.com