HARVEY I. MARCUS ESQ
250 PEHLE AVENUE
SUITE 200
SADDLE BROOK, NJ  07663

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
Chapter 13 Case # 18-18673

Re:  HERNEY SOLORZANO                                Atty:  HARVEY I. MARCUS ESQ
     2040 BALMOORAL AVE                                     250 PEHLE AVENUE
     UNION, NJ  07083                                       SUITE 200
                                                            SADDLE BROOK, NJ  07663

## RECEIPTS AS OF 12/31/2018    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/12/2018 | $504.00 | 4985602000 | 07/03/2018 | $504.00 | 5042105000 |
| 08/07/2018 | $504.00 | 5135265000 | 09/07/2018 | $504.00 | 5214810000 |
| 10/12/2018 | $504.00 | 5306139000 | 11/15/2018 | $504.00 | 5394137000 |

**Total Receipts: $3,024.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,024.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DITECH FINANCIAL LLC | | | | | | |
| | 11/19/2018 | $406.59 | 813,157 | | | |
| MTGLQ INVESTORS LP | | | | | | |
| | 12/17/2018 | $475.27 | 815,250 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 142.14 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,000.00 | 100.00% | 2,000.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CHASE CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | MTGLQ INVESTORS LP | MORTGAGE ARRE | 22,191.13 | 100.00% | 881.86 | 21,309.27 |
| 0004 | CACH LLC | UNSECURED | 5,164.56 | 100.00% | 0.00 | 5,164.56 |

**Total Paid: $3,024.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $3,024.00   -   Paid to Claims: $881.86   -   Admin Costs Paid: $2,142.14   =   Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.